GOVERNMENT'S FAILURE TO COMPLY WITH THE REQUIRE-
MENTS OF RULES FOR COURTS-MARTIAL 1105 AND 1106.

The decision of the United States Air Force Court of Criminal Appeals and the action of the convening authority are set aside. The record of trial is returned to the Judge Advocate General of the Air Force for submission to an appropriate convening authority for a new recommendation and action consistent with *United States v. Mendoza*, 67 M.J. 53 (C.A.A.F. 2008). Thereafter, Articles 66 and 67, Uniform Code of Military Justice, 10 U.S.C. §§ 866 and 867 (2006), shall apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–5001/AF.  U.S. v. Daniel J. Datavs.  CCA 37537.  Notice is hereby given that a motion for enlargement of time to file a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed by Appellant under Rule 30 on December 29, 2011, and placed on the docket on this date.

No. 12–0143/MC.  U.S. v. Richard A. Garcia-Tolson.  CCA 2010000610.  On consideration of Appellee's motion to remand, it is ordered that said motion is hereby

granted. The decision of the United States Navy-Marine Corps Court of Criminal Appeals and the action of the convening authority are hereby set aside. The case is returned to the Judge Advocate General of the Navy for submission to an appropriate convening authority for a new post-trial review and action.

No. 12–0203/AR. U.S. v. Jacob A. Racine. CCA 20100021. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 26, 2012.

Misc. No. 12–8008/AR. Julian Assange, and Wikileaks, Appellants v. United States of America and Lieutenant Colonel Paul Almanza, Appellees. CCA 20111146. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Andrew S. Effron to perform judicial duties in the above-referenced case, and that Senior Judge Effron has consented to perform judicial duties in said case under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 12–0066/AF. U.S. v. Charles W. Caley, Jr. CCA 37573. Appellee's motion to submit documents is denied.